IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Ollie M. Darby, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:05cv826 |
| | : District Judge Susan J. Dlott |
| United States Department of Energy, et al., | : |
| Defendant(s). | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 19, 2007 Report and Recommendations (Doc. 15). Subsequently, the plaintiff filed objections to such Report and Recommendations (Doc. 16).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Defendant's Motion to Dismiss the present action as barred by the doctrines of *res judicata* and claim preclusion (Doc. 5) is **GRANTED.** Since there are no further matters pending for this Court's review this case is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

                                              ___s/Susan J. Dlott_____
                                              Susan J. Dlott
                                              United States District Judge